# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
                    Appellant,

vs.

THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; M. MINEV; B.
FAULKNER; N. PERET; AND
GREGORY BRIAN,
                    Respondents.

No. 84177

FILED

FEB 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. Appellant states in his notice of appeal that he challenges a district court order dismissing case, purportedly entered on January 7, 2022. However, it does not appear that any written order was entered by the district court on January 7, 2022. And the district court's January 7, 2022, minute order is not appealable.[1] *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). As appellant fails to identify an appealable order, *see*

---

[1]It does not appear from the district court minutes that appellant's case was orally dismissed on January 7, 2022, as appellant suggests. Rather, it appears the district court gave appellant until March 11, 2022, to effectuate service on all defendants below.

22-04620

*Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                                    Herndon


cc:  Hon. Elham Roohani, District Judge
     Bryan Phillip Bonham
     Attorney General/Carson City
     Bob Faulkner
     Gregory Brian
     Michael Minev
     N. Peret
     Eighth District Court Clerk